IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SIMS JAMES POPE, JR., <br><br> Petitioner, <br><br> v. <br><br> WARDEN GRADY PERRY; and HOMER BRYSON, <br><br> Respondents. | CIVIL ACTION NO.: 6:15-cv-8 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 22), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Petitioner's action brought pursuant to 28 U.S.C. § 2254 is **DISMISSED**. The Court hereby **DENIES** Petitioner a certificate of appealability and **DENIES** Petitioner leave to proceed in forma pauperis on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 2nd day of November, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA