AO 450 (GAS Rev 10/03) Judgment in a Civil Case

GAS Rev 10/1/03

AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SIMS JAMES POPE, JR.,

    Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV615-008

WARDEN GRADY PERRY; and HOMER BRYSON,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on November 2, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the plaintiff's case is DISMISSED and this action stands CLOSED.

November 2, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03